# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura E. Istrate, an individual; Laurentiu Istrate, an individual; Tabita L. Istrate, an individual; and Christina Istrate, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>County of San Bernardino, a public entity; Raquel Holguin, an individual; Cristina Morales, an individual; Ana Del Nogal, an individual; Tricia Favela, an individual; Joni Dominguez, an individual; Maria Thomas, an individual; Safiya Smith, an individual; Deputy Angelica Guardado, an individual; and, DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-00752-MRA-DTB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER [Dkt. No. 41]<br><br>Judge: Hon. Mónica R. Almadani<br>Courtroom: 9B<br>Trial Date: None Assigned<br>Complaint filed: 3/21/2025 |

# [~~PROPOSED~~] ORDER

The Court, having reviewed the above request and finding good cause therefor, hereby GRANTS the STIPULATED PROTECTIVE ORDER [Dkt. No. 41].

**IT IS SO ORDERED.**

Dated: December 12, 2025

_____
Judge David T. Bristow
U.S. District Magistrate Judge